Held v Cheektowaga-Sloan Union Free Sch. Dist. (2025 NY Slip Op 04375)

Held v Cheektowaga-Sloan Union Free Sch. Dist.

2025 NY Slip Op 04375

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, GREENWOOD, AND KEANE, JJ.

518 CA 23-02041

[*1]CELESTE R. HELD, PLAINTIFF-APPELLANT,
v
CHEEKTOWAGA-SLOAN UNION FREE SCHOOL DISTRICT, DEFENDANT-RESPONDENT. (APPEAL NO. 1.) 

DAN CHIACCHIA ATTORNEYS, PLLC, HAMBURG (TIFFANY M. KOPACZ OF COUNSEL), FOR PLAINTIFF-APPELLANT.
BOND, SCHOENECK & KING PLLC, BUFFALO (KEVIN G. COPE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Daniel Furlong, J.), entered December 1, 2023 in a personal injury action pursuant to the Child Victims Act. The order dismissed the complaint upon a jury verdict. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Held v Cheektowaga-Sloan Union Free Sch. Dist. ([appeal No. 3] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court